IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3087 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY RANDOLPH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Plaintiff's motion to extend deadlines, filing 60, is granted and all deadlines in the court's order of April 22, 2005 (filing 57) are extended twenty business days.

Dated May 24, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge