IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3087 |
| v. | ) | |
| | ) | |
| JEREMY RANDOLPH, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

No filing has been made in response to the order of June 1, 2005, filing 63.

IT THEREFORE HEREBY IS ORDERED,

A status conference with counsel shall be held in chambers of the undersigned on August 1, 2005 at 11:00 a.m., or as soon thereafter as practicable. Counsel shall confer and notify my secretary of alternative available times if this setting is not practicable.

DATED this 26th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge