IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3087 |
| v. | ) | |
| | ) | |
| JEREMY RANDOLPH, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's oral motion for continuance is granted and the status conference is continued from August 1 to August 11, 2005 at 1:00 p.m. in the chambers of the undersigned.

DATED this 27th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge