IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CR3087 |
| vs. ) | |
| ) | |
| JEREMY RANDOLPH, ) | ORDER |
| ) | |

The government has moved to dismiss the indictment filed against Jeremy Randolph, filing 73. Accordingly, said indictment against Jeremy Randolph is dismissed without prejudice.

IT IS SO ORDERED this 17th day of August, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge